

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00341-CV

**IN RE CELADON TRUCKING SERVICES, INC.** and Abner Albarez-Carballo

Original Mandamus Proceeding1

### ORDER

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

The Real Party in Interest's Motion to Extend Time to file Response is hereby GRANTED. Time is extended to August 8, 2018.

It is so OREDERED on this 10th day of July, 2018.

PER CURIAM

ATTESTED TO: _____
                KEITH E. HOTTLE,
                Clerk of Court